176 So. 226

### Ed WETZEL v. STATE.

#### 6 Div. 162.

Supreme Court of Alabama.

June 24, 1937.

Rehearing Denied Oct. 14, 1937.

Ed Wetzel, pro se.

A. A. Carmichael, Atty. Gen., for the State.

PER CURIAM.

Petition of Ed Wetzel for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Wetzel v. State, 27 Ala.App. 517, 176 So. 224.

Writ denied.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.